**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Lazaro Torres DIAZ, also known as "El Prieto", also known as "El Negro", Defendant–Appellant.**

**No. 07–10910**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 19, 2008.

Jeffrey Robert Haag, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Daniel Joseph Warrick, Lubbock, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Lazaro Torres Diaz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Diaz has filed a response. Diaz's claim of ineffective assistance of counsel on appeal is premature. Our independent review of the record, counsel's brief, and Diaz's response discloses no nonfrivolous issue for appeal.

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Diaz's motion for appointment of counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.